**Darin E. HUSSEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49618.**

Missouri Court of Appeals, Western District.

Feb. 7, 1994.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### *ORDER*

PER CURIAM.

Darin Hussey appeals from the denial of his Rule 24.035 post-conviction motion. He

had pleaded guilty to two counts of delivery of a controlled substance in violation of § 195.211, RSMo Supp.1991. Hussey was sentenced to concurrent prison terms of nine years on each count.

The judgment denying his Rule 24.035 motion is affirmed. Rule 84.16(b).